# United States District Court

FOR THE
## NORTHERN DISTRICT OF CALIFORNIA
## CRIMINAL DIVISION
VENUE: **SAN FRANCISCO**

---

UNITED STATES OF AMERICA,

## V.

JOSEPH HOKAI TANG,



## CR 07 ―0703

**MHP**

*FILED*
*07 NOV -6 PH 12: 22*
*RICHARD W. WIEKING*
*CLERK, U.S. DISTRICT COURT*
*NORTHERN DIST. OF CALIFORNIA*

---

DEFENDANT.

---

# INDICTMENT

18 U.S.C. § 1341 - Mail Fraud;
18 U.S.C. § 1343 - Wire Fraud;
18 U.S.C. § 2 - Aiding and Abetting

---

A true bill.

_____
Foreman

_____
Filed in open court this _____ day of
_____

_____
Clerk

Bail $ *No Bail warrant*

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT
☐ SUPERSEDING

### OFFENSE CHARGED

Counts 1 & 2: 18 U.S.C. § 1343 - Wire Fraud;
Counts 3 - 10: 18 U.S.C. § 1341 - Mail Fraud; 18 U.S.C. § 2-Aiding and Abetting

☐ Petty
☐ Minor
☐ Misde-meanor
☑ Felony

PENALTY:

Counts 1 & 2: 20 years imprisonment, $250,000 fine, 3 years supervised release, $100 special assessment.
Counts 3 - 10: 20 years imprisonment, $250,000 fine, 3 years supervised release, $100 special assessment.

---

### PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)

UNITED STATES POSTAL INSPECTION SERVICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

} SHOW DOCKET NO.

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM

**SCOTT N. SCHOOLS**

☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)

CHRISTINA HUA

---

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

**FILED**

### DEFENDANT - U.S.

▶ JOSEPH HOKAI TANG

NOV - 6 2007

DISTRICT COURT NUMBER

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CR 07    0703    MHP

### DEFENDANT

**IS NOT IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed _____

**DATE OF ARREST** ▶   Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶   Month/Day/Year

☐ This report amends AO 257 previously submitted

---

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:

☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT  Bail Amount: *No bail*

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time: _____

Before Judge: _____

Comments:

SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

*FILED*

07 NOV -6 PM 12: 23

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

*MHP*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JOSEPH HOKAI TANG,<br><br>    Defendant. | **CR 07       0703**<br><br>VIOLATIONS:  18 U.S.C. § 1341 –<br>Mail Fraud; 18 U.S.C. § 1343 – Wire<br>Fraud; 18 U.S.C. § 2 – Aiding and<br>Abetting<br><br>SAN FRANCISCO VENUE |

# INDICTMENT

The Grand Jury charges:

## INTRODUCTORY ALLEGATIONS

At all times relevant to this Indictment:

1.      Defendant JOSEPH HOKAI TANG represented himself to be a seller and consignee of fine violins, violas, and bows.

2.      TANG represented that his mailing address was 443 Victoria St., San Francisco, CA 94132 and 1818 11th Avenue, San Francisco 94122.

3.      TANG was a signatory on Cal State 9 Credit Union account # xxx41, located in Concord, California.

INDICTMENT                                                    -1-

1    4.    TANG's mother, Elizabeth Tang, was a signatory on Bank of Montreal

2    account number xxxx439, located in Ontario, Canada.

3                                SCHEME TO DEFRAUD

4    5.    Beginning at a time unknown, but no later than April 1, 2002, and

5    continuing through on or about December 31, 2006, in the Northern District of California

6    and elsewhere, the defendant,

7                                JOSEPH HOKAI TANG,

8    did knowingly and intentionally devise a material scheme and artifice to defraud, and to

9    obtain money and property by means of materially false and fraudulent pretenses,

10    representations, and promises, well knowing that the pretenses, representations, and

11    statements were materially false when made.

12    6.    It was part of the scheme to defraud that TANG knowingly made

13    misrepresentations about the ownership, quality and authenticity of violins, violas, and

14    bows which he was selling.

15    7.    It was part of the scheme to defraud that TANG knowingly made

16    misrepresentations about the condition and non-receipt of instruments which he received.

17    8.    It was part of the scheme to defraud that TANG falsely represented that he

18    would pay money pursuant to consignment agreements, but failed to pay such money as

19    specified under the agreement.

20    9.    It was part of the scheme to defraud that TANG falsely represented that he

21    would refund money to customers, but failed to refund such money.

22    10.    It was part of the scheme to defraud that TANG used and caused to be used

23    interstate and foreign wire transmissions to receive payment for violins, violas, and bows.

24    11.    It was part of the scheme to defraud that TANG used and caused to be used

25    the mails to receive and send payment, violins, violas, and bows.

26    12.    It was further part of the scheme to defraud that TANG used the mails in

27    order to lull purchasers into conducting additional transactions.

28    //

INDICTMENT                                -2-

1  COUNTS ONE THROUGH TWO: (18 U.S.C. 1343 – Wire Fraud)

2      13.    Paragraphs one through twelve are hereby re-alleged and incorporated by

3  reference as if set forth in full herein.

4      14.    On or about the dates set forth below, in the Northern District of California

5  and elsewhere, for the purpose of executing, and in furtherance of, a material scheme and

6  artifice to defraud, and in attempting to do so, the defendant,

7                    JOSEPH HOKAI TANG,

8  did knowingly transmit, and cause to be transmitted, the following wire communications

9  in interstate commerce:

| Count | Approximate Date of Wire | Origin of Wire | Destination of Wire | Description of Wire |
|-------|--------------------------|----------------|---------------------|---------------------|
| 1 | 2/19/03 | Wilmington, DE | Northern District of California | $1,250.00 wire transfer from Sun National Bank account to Cal State 9 Credit Union account # xxx41 |
| 2 | 1/11/06 | Minneapolis, MN | West Ottawa, Ontario, Canada | $5,500 wire transfer from Charles Schwab account to Bank of Montreal account # xxxx439. |

   All in violation of Title 18, United States Code, Section 1343.

COUNTS THREE THROUGH TEN: (18 U.S.C. § 1341 – Mail Fraud and 18 U.S.C. § 2 - Aiding and Abetting).

   15.    Paragraphs one through twelve are hereby re-alleged and incorporated by

   reference as if set forth in full herein.

   16.    On or about the dates set forth below, in the Northern District of California

   and elsewhere, for the purpose of executing, and in furtherance of, a material scheme and

   artifice to defraud, and in attempting to do so, the defendant,

                    JOSEPH HOKAI TANG,

   did knowingly send and cause to be sent the items listed below and delivered by the

   United States Postal Service ("USPS") and commercial interstate carrier, according to the

   directions thereon:

INDICTMENT                              -3-

1

2

| Count | Approximate Mailing Date | Mailing Origin | Mailing Destination | Description of Item(s) Mailed | Method of Mailing |
|-------|--------------------------|----------------|---------------------|-------------------------------|-------------------|
| 3 | 10/03 | Laguna Woods, CA | San Francisco, CA | Ouchard bow (no certificate), Ouchard bow with Millant certificate, Morizot Freres bow, and M. Laberte bow | USPS |
| 4 | 12/13/03 | Nipomo, CA | San Francisco, CA | Check for $18,000 | USPS |
| 5 | 12/15/03 | Nipomo, CA | San Francisco, CA | Check for $750 | USPS |
| 6 | 12/17/03 | San Francisco, CA | Nipomo, CA | Ouchard bow (no certificate) Ouchard bow with Millant certificate, Ouchard bow with Raffin certificate, and Husson bow with Siefel Certificate | USPS |
| 7 | 2/5/04 | Lake Forest, CA | San Francisco, CA | 2 CN Bazin bows, Voirin viola bow, Ouchard bow, L. Morizot bow, violin | FedEx |
| 8 | 2/28/04 | Rhede, Germany | San Francisco, CA | Morizot viola bow with Raffin certificate, L. Bazin cello bow with Raffin certificate, Ch. Husson cello bow with Millant certificate | Deutsche Post/USPS |

INDICTMENT                                    -4-

| 9 | 1/12/06 | San Francisco, CA | Minneapolis, MN | Ebay Item # 7381035101, described as "French violin by Collin Mezin, 1923 certified" | USPS |
| 10 | 1/19/06 | Minneapolis, MN | San Francisco, CA | Ebay Item # 7381035101, described as "French violin by Collin Mezin, 1923 certified" | USPS |

All in violation of Title 18, United States Code, Sections 1341 and 2.

DATED:                                    A TRUE BILL.

11/06/07

_____
FOREPERSON

SCOTT N. SCHOOLS
United States Attorney


_____
BRIAN J. STRETCH
Chief, Criminal Division

(Approved as to form: _____)
                           AUSA HUA

INDICTMENT                              -5-