1 | SCOTT N. SCHOOLS (SCBN 9990
  | United States Attorney
2 |
3 | BRIAN J. STRETCH, (CABN 163973)
  | Chief, Criminal Division
4 | CHRISTINA HUA (CABN 185358)
  | Assistant United States Attorney
5 |
6 | 450 Golden Gate Avenue, Box 36055
  | San Francisco, California 94102
  | Telephone: (415) 436-7534
7 | FAX: (415) 436-7234
8 | Attorneys for the United States

FILED
07 NOV -6 PM 12: 23
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | CR 07 0703 MHP |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | UNITED STATES' MOTION TO SEAL INDICTMENT AND ARREST WARRANTS AND [PROPOSED] ORDER |
| JOSEPH HOKAI TANG, | ) | |
| Defendants. | ) | |

The government hereby moves the Court for an order sealing this motion, the Indictment, the Sealing Order, and the arrest warrant of the above-captioned defendant until further order of the Court. The government believes that disclosure of the existence of the Indictment, the arrest warrant, this motion, and any corresponding order may jeopardize the progress of the ongoing investigation. Nothing in this order shall prevent the government from providing a copy of such

//
//
//
//
//

1

1  documents to members of law enforcement and the United States Attorneys' Office, and to
2  TANG and his attorney, when appropriate.

3  DATED: November 6, 2007                    Respectfully submitted,

                                              KEVIN V. RYAN
                                              United States Attorney

                                              _____
                                              CHRISTINA HUA
                                              Assistant United States Attorney

## ORDER

Based upon the motion of the government and for good cause shown, IT IS HEREBY ORDERED that the government's motion, the Indictment, this Sealing Order, and the arrest warrant of the defendant in this matter shall be sealed until further order of the Court. Nothing in this Order shall prevent the government from providing a copy of the arrest warrant and indictment to members of law enforcement and the United States Attorneys' Office, and to TANG and his attorney, when appropriate.

DATED: 6 Nov 07                               _____
                                              BERNARD ZIMMERMAN
                                              United States Magistrate Judge

2