# UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
OFFICE OF THE CLERK
WAYNE L. MORSE UNITED STATES COURTHOUSE
405 EAST EIGHTH AVENUE, SUITE 2100
EUGENE, OREGON 97401
(541) 431-4100

**SHERYL McCONNELL**
CLERK OF COURT

**CRAIG A. STARR**
DIVISION MANAGER

December 5, 2007

Clerk's Office
Northern District of California
16th Floor
450 Golden Gate Avenue
San Francisco  CA  94012



FILED
DEC 1 - 2007
RICHARD W. WIEKING
CLERK, U.S DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Re:   USA v. Joseph Hokai Tang
      Our Number 07-2090M
      Your Number 07-703-MHP

Dear Clerk:

The above mentioned defendant is being returned to your district pursuant to the Court's Order issued by Magistrate Judge Thomas M. Coffin to appear in your court on December 27, 2007.

Enclosed is a certified copy of the court file and docket sheet.

Please acknowledge receipt of the above-mentioned papers by returning the copy of this letter to our office.

Sincerely,

SHERYL S. McCONNELL, CLERK

By Sheryl Nogelmeier, Deputy

enclosures

# U.S. District Court
## District of Oregon (Eugene)
### CRIMINAL DOCKET FOR CASE #: 6:07-mj-02090-TC All Defendants
### Internal Use Only

Case title: USA v. Tang

Date Filed: 11/29/2007

Assigned to: Magistrate Judge Thomas M. Coffin

**Defendant**

**Joseph Hokai Tang** (1)

represented by **Bryan E. Lessley**
Office of the Federal Public Defender
151 W. 7th Avenue
Suite 510
Eugene, OR 97401
(541) 465-6937
Fax: (541) 465-6975
Email: bryan_lessley@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

18:1341 - Mail Fraud; 18:1343 - Wire Fraud; 18:2 - Aiding and Abetting - Counts 1-10

**Disposition**

Certified to be a true and correct copy of original filed in my office.
Dated 12-5-07
Sherry S. McConnell, Clerk
By [signature] Deputy

**Plaintiff**

**USA**

| Date Filed | # | Docket Text |
|---|---|---|
| 11/29/2007 | 1 | **Minutes of Proceedings:** Initial Appearance pursuant to Rule 5(c)(3) Proceedings before Judge Thomas M. Coffin as to Joseph Hokai Tang. Order Appointing Federal Defender. Other Court Information: Northern District of California; CR 07-703-MHP. Defendant waives removal/identity hearing. See formal waiver. Defendant is Ordered to appear 12/27/07, at 9:30 a.m., at the U.S. Courthouse, 450 Golden Gate Ave, San Francisco, CA, before Judge Maria-Elena James, Courtroom "B", for further proceedings. Defendant is released O/R. See formal order. Counsel Present for Plaintiff: William Fitzgerald. Counsel Present for Defendant: Bryan Lessley. (Court Reporter Kristi Anderson) (cw) (Entered: 11/29/2007) |
| 11/29/2007 | 2 | Order Setting Conditions of Release as to Defendant Joseph Hokai Tang by Judge Thomas M. Coffin signed on 11/29/07. (sln) (Entered: 11/30/2007) |
| 11/29/2007 | 3 | Waiver of Preliminary Examination or Hearing pursuant to Rule 5 and 5.1 by Joseph Hokai Tang (sln) (Entered: 11/30/2007) |

FILED '07 NOV 29 11:35 USDC-ORE

# UNITED STATES DISTRICT COURT

DISTRICT OF __Oregon__

UNITED STATES OF AMERICA

V.

__Joseph Tang__
Defendant

WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint/Indictment)

CASE NUMBER: __07-2090m__

CHARGING DISTRICTS
CASE NUMBER: __07-703__

I understand that charges are pending in the __Northern__ District of __California__ alleging violation of __mail and wire fraud__ and that I have been arrested in this district and
(Title and Section)

taken before a judge, who has informed me of the charge(s) and my rights to:

(1)     retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)     an identity hearing to determine whether I am the person named in the charges;

(3)     a preliminary hearing (unless an indictment has been returned or information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and

(4)     Request transfer of the proceedings to this district under Rule 20, Fed. R. Crim. P., in order to plead guilty.

**I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):**

(X)  identity hearing

( )  preliminary hearing

( )  identity hearing but request a preliminary hearing be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

_____
Defendant

__11/29/07__
Date

_____
Defense Counsel

Certified to be a true and correct copy of original filed in my office.
Dated __12-5-07__
Sheryl S. McConnell, Clerk
By_____ Deputy

3

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON

FILED '07 NOV 29 13:03 USDC-ORE

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v. | ORDER SETTING CONDITIONS<br>OF RELEASE |
| Joseph Hokai Tang | Case Number: 07-2090M |

IT IS ORDERED that the release of the defendant is subject to the following conditions:

(1) The defendant shall not commit any offense in violations of federal, state or local law while on release in this case.

(2) The defendant shall immediately advise the court, defense counsel and the U.S. attorney in writing of any change in address and telephone number.

(3) The defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed. The defendant shall next appear as directed by U.S. District Court.

### Additional Conditions of Release

IT IS FURTHER ORDERED that the defendant be released provided that the defendant:

- [x] Report as directed by the U.S. Pretrial Services office.
- [x] Travel is limited to the States of Oregon and California unless prior approval is obtained from U.S. Pretrial Services.
- [x] Surrender any passport or submit a statement that defendant no longer possesses a passport/or obtain no passport.
- [x] Refrain from any use, consumption or possession of any controlled substance in any form, under any circumstances, unless lawfully prescribed in writing by a licensed medical provider. A copy of the original written prescription must be shown to the U.S. Pretrial Services Officer within 10 days after defendant receives the written prescription. Defendant must also provide the U.S. Pretrial Services Officer with a list of all medication, including over-the-counter and supplements, being taken that might produce a positive result on a urinalysis test. To ensure compliance with the restriction on controlled substance use, the defendant shall submit to body substance tests, including breath, blood and urinalysis as may be requested by the U.S. Pretrial Services Officer. Should results indicate the use of controlled substances, the defendant shall undergo drug counseling as directed by Pretrial Services.
- [x] The defendant is to pay a percentage of all fees for services obtained while under Pretrial Services Supervision.
- [x] Other Condition: No gambling or entering any establishments where gambling is operated

### Advice of Penalties and Sanctions

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Certified to be a true and correct copy of original in my office.
Dated 12-5-07
By Sheryl S. McConnell, Clerk
Deputy

A violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of release, an order of detention and a prosecution for contempt of court and could result in a term of imprisonment, a fine, or both.

The commission of any crime while on pre-trial release may result in an additional sentence to a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.

Federal law makes it a crime punishable by up to five years of imprisonment, and a $250,000 fine or both to intimidate or attempt to intimidate a witness, victim, juror, informant or officer of the court, or to obstruct a criminal investigation. It is also a crime punishable by up to ten years of imprisonment, a $250,000 fine or both, to tamper with a witness, victim or informant, or to retaliate against a witness, victim or informant, or to threaten or attempt to do so.

If after release, you knowingly fail to appear as required by the conditions of release, or to surrender for the service of sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, you shall be fined not more than $250,000 or imprisoned for no more than ten years, or both;

(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, you shall be fined not more than $250,000 or imprisoned for no more than five years, or both;

(3)    any other felony, you shall be fined not more than $250,000 or imprisoned no more than two years, or both;

(4)    a misdemeanor, you shall be fined not more than $100,000 or imprisoned not more than one year, or both;

A term of imprisonment imposed for failure to appear or surrender shall be in addition to the sentence for any other offense. In addition, a failure to appear may result in the forfeiture of any bond posted.

### Acknowledgment of Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
Signature of Defendant

364 E. 16th Ave.
_____
Address

Eugene, OR 97401    (415) 336-3946
_____
City, State & Zip        Telephone

**Special Needs Finding:**
Based upon the above conditions, including the conditions relating to:
☐    Alcohol detection
☐    Drug detection
☐    Computer monitoring
The Court is reasonably assured the defendant will appear as directed and not pose a danger to the community or any other person.

**Directions to the United States Marshal**
☒    The defendant is ORDERED released after processing.
☐    The United States Marshal is ORDERED to keep the defendant in custody until notified by the clerk or judicial officer that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant shall be produced before the duty Magistrate Judge on _____ at _____.

Date: _November 29, 2007_____

_____
Signature of Judicial Officer

Thomas M. Coffin,
U.S. District/Magistrate Judge
_____
Name and Title of Judicial Officer


cc:    Defendant
       US Attorney
       US Marshal
       Pretrial Services

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

# U.S. District Court

# District of Oregon

## Notice of Electronic Filing

The following transaction was entered on 11/29/2007 at 12:31 PM PST and filed on 11/29/2007
**Case Name:**      USA v. Tang
**Case Number:**    6:07-mj-2090
**Filer:**
**Document Number:** 1(No document attached)

**Docket Text:**
**Minutes of Proceedings:** Initial Appearance pursuant to Rule 5(c)(3) Proceedings before Judge Thomas M. Coffin as to Joseph Hokai Tang. Order Appointing Federal Defender. Other Court Information: Northern District of California; CR 07-703-MHP. Defendant waives removal/identity hearing. See formal waiver. Defendant is Ordered to appear 12/27/07, at 9:30 a.m., at the U.S. Courthouse, 450 Golden Gate Ave, San Francisco, CA, before Judge Maria-Elena James, Courtroom "B", for further proceedings. Defendant is released O/R. See formal order. Counsel Present for Plaintiff: William Fitzgerald. Counsel Present for Defendant: Bryan Lessley.(Court Reporter Kristi Anderson) (cw)


**6:07-mj-2090-1 Notice has been electronically mailed to:**

Bryan E. Lessley     bryan_lessley@fd.org, kim_ellis@fd.org

**6:07-mj-2090-1 Notice will not be electronically mailed to:**

Certified to be a true and correct copy of original filed in my office.
Dated 12-5-07
Sheryl S. McConnell, Clerk
By _____ Deputy