UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

Date: December 17, 2007

Case No. CR 07-0703 MHP        Judge: MARILYN H. PATEL

Title: UNITED STATES -v- JOSEPH TANG (b)

Attorneys:  Plf: Tina Hua
            Dft: Eric Hirston

Deputy Clerk: Anthony Bowser   Court Reporter: Belle Ball

**PROCEEDINGS**

1) Trial Setting

2) 

3) 

**ORDERED AFTER HEARING:**

Defendant present in court; Discovery to be turned over by end of week; Matter continued to 1/14/2008 at 10:00 am for status conference. Excludable time found re effective preparation; Govt to submit order

