SCOTT N. SCHOOLS (SCBN 9990
United States Attorney

BRIAN J. STRETCH, (CABN 163973)
Chief, Criminal Division

CHRISTINA HUA (CABN 185358)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7534
    FAX: (415) 436-7234

Attorneys for the United States

**FILED**
DEC 2 0 2007
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JOSEPH HOKAI TANG, <br><br> Defendant. | No. CR-07-0703 MHP <br><br> UNITED STATES' MOTION TO UNSEAL INDICTMENT AND [PROPOSED] ORDER |

    The government hereby moves the Court for an order unsealing the indictment in the above-captioned case. A magistrate judge in Eugene, Oregon has unsealed the indictment at the request of the United States Attorney's Office, and the undersigned Assistant United States Attorney hereby requests that the Court unseal the indictment here. The defendant has been

//
//
//
//
//
//

1

1  arrested and has made his initial appearance. The previous need to seal the indictment no longer
2  exists.
3
4  DATED: December 18, 2007                Respectfully submitted,
5                                          SCOTT N. SCHOOLS
                                           United States Attorney
6
7
8                                          CHRISTINA HUA
                                           Assistant United States Attorney
9

10                                  **ORDER**
11      Based upon the motion of the government and for good cause shown, IT IS HEREBY
12  ORDERED that the Indictment in this matter shall be unsealed.
13
14  DATED: 12-20-07
                                           _____
15                                         MARIA-ELENA JAMES
                                           United States Magistrate Judge
16
17
18
19
20
21
22
23
24
25
26
27
28

2