SCOTT N. SCHOOLS (SCBN 9990
United States Attorney

BRIAN J. STRETCH, (CABN 163973)
Chief, Criminal Division

CHRISTINA HUA (CABN 185358)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7534
    FAX: (415) 436-7234

Attorneys for the United States

FILED
JAN - 7 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JOSEPH HOKAI TANG,<br><br>    Defendant. | No. CR 07-0703-MHP<br><br>UNITED STATES' MOTION TO UNSEAL ENTIRE CASE AND [PROPOSED] ORDER |

    The government hereby moves the Court for an order unsealing the entire case in the above-captioned case. A magistrate judge in Eugene, Oregon and Magistrate Judge Maria-Elena James have unsealed the indictment at the request of the United States Attorney's Office, and the undersigned Assistant United States Attorney hereby requests that the Court unseal the entire

//
//
//
//
//
//

case. The defendant has been arrested and has made his initial appearance. The previous need to seal the indictment and the entire case no longer exists.

DATED: January 2, 2008               Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

_____
CHRISTINA HUA
Assistant United States Attorney

**ORDER**

Based upon the motion of the government and for good cause shown, IT IS HEREBY ORDERED that the entire case in US v. Jospeh Hokai Tang, CR 07-0703-MHP shall be unsealed.

DATED: 1/7/08                        _____
MARILYN HALL PATEL
United States District Judge