SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH, (CABN 163973)
Chief, Criminal Division

CHRISTINA HUA (CABN 185358)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7534
FAX: (415) 436-7234

Attorneys for the United States

ORIGINAL FILED

JAN - 8 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH HOKAI TANG,<br><br>Defendants. | No. CR 07-0703-MHP<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXCLUDE TIME** |

    The parties in the above-titled case appeared before the Court for a status conference on December 17, 2007. For the following reasons and the reasons set forth in open court, the parties agree and stipulate that time is properly excluded under the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(8)(A) and (h)(B)(iv) from December 17, 2007 to January 14, 2008. The parties agree that the continuance from December 17, 2007 to January 14, 2008 is necessary under 18 U.S.C. § 3161(h)(8)(A) and (B)(iv), to allow defense counsel reasonable time for effective preparation for the above-titled case. Defense attorney was just assigned to the case and needs the time to review discovery and speak with the defendant  The parties agree that the ends of justice are served by granting the requested short continuance, and the requested continuance outweighs the best interest of the public and the defendant in a speedy trial, taking

1 | into account the exercise of due diligence.

3 | DATED: 1-2-08

CHRISTINA HUA
Assistant United States Attorney

7 | DATED:

ERIC MATTHEW HAIRSTON
Counsel for Joseph Hokai Tang

## ORDER

For the foregoing reasons, the Court HEREBY ORDERS that the period between December 17, 2007 to January 14, 2008 be excluded from the speedy trial calculation under Title 18, United States Code, Sections 3161(h)(8)(A) and (h)(B)(iv). The Court finds that the failure to grant the requested continuance would unreasonably deny defense counsel the reasonable time necessary for effective preparation, particularly given that defense counsel requires time to review discovery and meet with the defendant. The Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases.

IT IS SO ORDERED.

DATED: 1/7/08

MARILYN HALL PATEL
United States District Judge

2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

      Plaintiff,

v.

JOSEPH HOKAI TANG,

      Defendant.
_____/

Case Number: CR 07-0703 MHP

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 8, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

**Eric Matthew Hairston**
Federal Public Defender
450 Golden Gate Avenue, 19th Floor
San Francisco, CA 94102

**Christina Hua**
Office of the United States Attorney
450 Golden Gate Avenue
11th floor
San Francisco, CA 94102

January 8, 2008

                          Richard W. Wieking, Clerk

                          By: Frank Justiliano