# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL PRETRIAL MINUTES

Date: January 14, 2008

Case No.    CR 07-0703  MHP                 Judge:  MARILYN H. PATEL

Title:  UNITED STATES -v- JOSEPH TANG (b)

Attorneys:    Plf: Albert Sampat for Tina Hua
              Dft: Eric Hirston

Deputy Clerk: Anthony Bowser  Court Reporter: Catherine Edwards

## PROCEEDINGS

1)  Status Conference _____

2)  _____

3)  _____


## ORDERED AFTER HEARING:

Defendant present in court; Matter continued to 2/25/2008 at 10:00 am for further status conference; Excludable time found re effective preparation of counsel, review of discovery; Govt to submit order.