1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4  CHRISTINA HUA (CABN 185358)
   Assistant United States Attorney
5
      450 Golden Gate Avenue, Box 36055
6     San Francisco, California 94102
      Telephone: (415) 436-7534
7     FAX: (415) 436-7234

8  Attorneys for the United States

9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                       SAN FRANCISCO DIVISION
12

13
   UNITED STATES OF AMERICA,           )     No. CR 07-0703-MHP
14                                     )
         Plaintiff,                    )
15                                     )     **STIPULATION AND**
         v.                            )     **[PROPOSED] ORDER TO EXCLUDE**
16                                     )     **TIME**
   JOSEPH HOKAI TANG,                  )
17                                     )
         Defendants.                   )
18  _____  )

19      The parties in the above-titled case appeared before the Court for a status conference on

20  January 14, 2008. For the following reasons and the reasons set forth in open court, the parties

21  agree and stipulate that time is properly excluded under the Speedy Trial Act, Title 18, United

22  States Code, Sections 3161(h)(8)(A) and (h)(B)(iv) from January 14, 2008 to February 25, 2008.

23  The parties agree that the continuance from January 14, 2008 to February 25, 2008 is necessary

24  under 18 U.S.C. § 3161(h)(8)(A) and (B)(iv), to allow defense counsel reasonable time for

25  effective preparation for the above-titled case. Defense attorney needs the time to continue to

26  review discovery, investigate the case, and speak with the defendant. The parties agree that the

27  ends of justice are served by granting the requested short continuance, and the requested

28  continuance outweighs the best interest of the public and the defendant in a speedy trial, taking

                                         1

into account the exercise of due diligence.

DATED:     January 14, 2008                    /s/
                                          CHRISTINA HUA
                                          Assistant United States Attorney


DATED:     January 15, 2008                    /s/
                                          ERIC MATTHEW HAIRSTON
                                          Counsel for Joseph Hokai Tang

## ORDER

For the foregoing reasons, the Court HEREBY ORDERS that the period between January 14, 2008 and February 25, 2008 be excluded from the speedy trial calculation under Title 18, United States Code, Sections 3161(h)(8)(A) and (h)(B)(iv). The Court finds that the failure to grant the requested continuance would unreasonably deny defense counsel the reasonable time necessary for effective preparation, particularly given that defense counsel requires time to review discovery, meet with the defendant, and investigate the case. The Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases.

IT IS SO ORDERED.

DATED:  January 16, 2008

MARILYN HALL PATEL
United States District Judge



2