1  BARRY J. PORTMAN
   Federal Public Defender
2  ERIC MATTHEW HAIRSTON
   Assistant Federal Public Defenders
3  19th Floor Federal Building
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   Telephone: (415) 436-7700
5

6  Counsel for Defendant JOSEPH TANG

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,           )   No.    CR 07-00703 MHP
                                       )
12              Plaintiff,             )
                                       )   STIPULATION AND [PROPOSED]
13      v.                             )   ORDER CONTINUING HEARING DATE
                                       )   FROM FEBRUARY 25, 2008 TO MARCH
14 JOSEPH HOKAI TANG,                  )   10, 2008 AND EXCLUDING TIME FROM
                                       )   THE SPEEDY TRIAL ACT
15              Defendant.             )   CALCULATION UNDER 18 U.S.C.
   _____)   § 3161(h)(8)(A)
16

17

18      The undersigned parties stipulate as follows:

19 1.   The parties' next appearance before this Court is scheduled for February 25, 2008 at

20      10:00 a.m.

21 2.   The defendant has informed his counsel that examinations and musical performances

22      relating to his graduate program at the University of Oregon have subsequently been

23      scheduled for late February and early March, 2008 and that travel to San Francisco

24      during that time would be highly disruptive to his studies.

25 3.   Additionally, the parties are involved in discussions regarding a potential disposition of

26      this matter and agree that additional time would provide for a more informed status

United States v. Joseph Tang, No. CR 07-00703 MHP
Stipulation and Order Continuing Status Hearing

                                        1

1 | update at the next calling of the case.

2 | 4. The parties thus request that the matter be continued by two weeks from February 25, 2008 to March 10, 2008 at 10:00 a.m. Additionally, the parties agree that an exclusion of time from February 25, 2008 to March 10, 2008 is appropriate under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A). The parties agree that the fact-intensive nature of this case and the complexity of coordinating attorney-client conferences while Mr. Tang pursues his studies in Oregon justifies additional time for effective preparation on the part of his counsel.

IT IS SO STIPULATED.

DATED: February 21, 2008        _____/s/_____
                                CHRISTINA HUA
                                Assistant United States Attorney

DATED: February 21, 2008        _____/s/_____
                                ERIC MATTHEW HAIRSTON
                                Attorney for Defendant

## [PROPOSED] ORDER

With the agreement of the parties, and with the consent of the defendant, the Court enters this order (1) continuing the next appearance before this Court from February 25, 2008 to March 10, 2008; and (2) excluding time from February 25, 2008 to March 10, 2008 under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A).

**IT IS SO ORDERED.**

DATED:_____        _____
                                   THE HON. MARILYN HALL PATEL
                                   United States District Judge

United States v. Joseph Tang, No. CR 07-00703 MHP
Stipulation and Order Continuing Status Hearing

2