BARRY J. PORTMAN
Federal Public Defender
ERIC MATTHEW HAIRSTON
Assistant Federal Public Defenders
19th Floor Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant JOSEPH TANG

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOSEPH HOKAI TANG, ) <br> ) <br> Defendant. ) <br> _____ ) | No.   CR 07-00703 MHP <br><br> STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE FROM FEBRUARY 25, 2008 TO MARCH 10, 2008 AND EXCLUDING TIME FROM THE SPEEDY TRIAL ACT CALCULATION UNDER 18 U.S.C. § 3161(h)(8)(A) |

The undersigned parties stipulate as follows:

1. The parties' next appearance before this Court is scheduled for February 25, 2008 at 10:00 a.m.

2. The defendant has informed his counsel that examinations and musical performances relating to his graduate program at the University of Oregon have subsequently been scheduled for late February and early March, 2008 and that travel to San Francisco during that time would be highly disruptive to his studies.

3. Additionally, the parties are involved in discussions regarding a potential disposition of this matter and agree that additional time would provide for a more informed status

United States v. Joseph Tang, No. CR 07-00703 MHP
Stipulation and Order Continuing Status Hearing

1

1 update at the next calling of the case.

2   4. The parties thus request that the matter be continued by two weeks from February 25, 2008 to March 10, 2008 at 10:00 a.m. Additionally, the parties agree that an exclusion of time from February 25, 2008 to March 10, 2008 is appropriate under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A). The parties agree that the fact-intensive nature of this case and the complexity of coordinating attorney-client conferences while Mr. Tang pursues his studies in Oregon justifies additional time for effective preparation on the part of his counsel.

IT IS SO STIPULATED.

DATED: February 21, 2008           /s/_____
                                               CHRISTINA HUA
                                               Assistant United States Attorney

DATED: February 21, 2008           /s/_____
                                               ERIC MATTHEW HAIRSTON
                                               Attorney for Defendant

### [~~PROPOSED~~] ORDER

With the agreement of the parties, and with the consent of the defendant, the Court enters this order (1) continuing the next appearance before this Court from February 25, 2008 to March 10, 2008; and (2) excluding time from February 25, 2008 to March 10, 2008 under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A).

**IT IS SO ORDERED.**

DATED: 2/21/2008                                _____
                                                      MARILYN HALL PATEL
                                                      United States District Judge

*(Seal: UNITED STATES DISTRICT COURT · NORTHERN DISTRICT OF CALIFORNIA — "IT IS SO ORDERED" · Judge Marilyn H. Patel)*