**United States District Court**
For the Northern District of California

1
2
3
4
5              UNITED STATES DISTRICT COURT
6              NORTHERN DISTRICT OF CALIFORNIA
7
8    UNITED STATES OF AMERICA,                    No. CR 07-0703  MHP
9              Plaintiff(s),                      **CLERK'S NOTICE**
10       v.
11   JOSEPH TANG,
12             Defendant(s).
                                              /
13
14        Due to the unavailability of court, the Status Conference for the above-listed action, currently
15   on calendar for March 10, 2008, has been rescheduled to **March 17, 2008 at 10:00 a.m.**, before the
16   honorable Marilyn Hall Patel.
17
18                                            Richard W. Wieking
                                             Clerk, U.S. District Court
19
20
21   Dated:  March 10, 2008                  Anthony Bowser, Deputy Clerk to the
                                             Honorable Marilyn Hall Patel
22                                                 (415) 522-3140
23
24
25
26
27
28