```
 1  BARRY J. PORTMAN
    Federal Public Defender
 2  ERIC MATTHEW HAIRSTON
    Assistant Federal Public Defenders
 3  19th Floor Federal Building
    450 Golden Gate Avenue
 4  San Francisco, CA 94102
    Telephone: (415) 436-7700
 5

 6  Counsel for Defendant  JOSEPH TANG

 7
```

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.   CR 07-00703 MHP |
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE FROM MARCH 17, 2008 TO APRIL 7, 2008 |
| JOSEPH HOKAI TANG, | AND EXCLUDING TIME FROM THE SPEEDY TRIAL ACT CALCULATION |
| Defendant. | UNDER 18 U.S.C. § 3161(h)(8)(A) |

The undersigned parties stipulate as follows:

1. The parties' next status appearance before this Court, originally set for March 10, 2008, has been reset for March 17, 2008 at 10:00 a.m.

2. The defendant is enrolled in a graduate music program at the University of Oregon and has a number of course examinations and music recitals scheduled over the upcoming weeks. The defendant, through his counsel, requests additional time to arrange reasonably-priced airline tickets and reschedule his courses and music recitals prior to his next appearance before the Court.

3. The defendant also requires additional time to adequately prepare the case, taking into account the exercise of due diligence. Specifically, the defendant continues to investigate

1  the extent of alleged financial loss attributable to his conduct in order to determine the
2  appropriate disposition of his case.
3  4.  The parties thus request that the status appearance be continued from March 17, 2008 to
4  April 7, 2008 at 10:00 a.m.  Additionally, the parties agree that an exclusion of time from
5  March 10, 2008 to April 7, 2008 is appropriate under the Speedy Trial Act, 18 U.S.C.
6  § 3161(h)(8)(A).  The parties agree that the fact-intensive nature of this case and the
7  complexity of coordinating attorney-client conferences while Mr. Tang pursues his
8  studies in Oregon justifies additional time for effective preparation on the part of his
9  counsel, taking into account the exercise of due diligence.
10  IT IS SO STIPULATED.

12  DATED: March 11, 2008         _____/s/_____
                                  CHRISTINA HUA
13                                Assistant United States Attorney

14  DATED: March 11, 2008         _____/s/_____
                                  ERIC MATTHEW HAIRSTON
15                                Attorney for Defendant

17  **[PROPOSED] ORDER**

18  For the foregoing reasons, with the agreement of the parties, and with the consent
19  of the defendant, the Court enters this order (1) continuing the next appearance before this Court
20  from March 17, 2008 to April 7, 2008; and (2) excluding time from March 10, 2008 to April 7,
21  2008 under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A).
22  **IT IS SO ORDERED.**

24  DATED:_3/11/2008_____



IT IS SO ORDERED
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

United States v. Joseph Tang, No. CR 07-00703 MHP
Stipulation and Order Continuing Status Hearing

2