**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CRIMINAL PRETRIAL MINUTES**

Date: April 7, 2008

Case No.   CR-07-0703 MHP			Judge:   MARILYN H. PATEL

Title:   UNITED STATES -v- JOSEPH TANG (b)

Attorneys:   Plf: Christina Hua
             Dft: Eric Hairston

Deputy Clerk: Frank Justiliano   Court Reporter: Margo Gurule

**PROCEEDINGS**

1)  Status Conference HELD.

2)

3)

**ORDERED AFTER HEARING:**

	Matter continued to April 28, 2008 at 10:00 a.m. for a change of plea or further status. Time excluded to April 28, 2008 for effective preparation.  The government to prepare the stipulated order for exclusion.