## ~~PROPOSED~~ ORDER/COVER SHEET

| | | | |
|---|---|---|---|
| TO: | Honorable Maria Elena James<br>U.S. Magistrate Judge | RE: | Joseph Hokai TANG |
| FROM: | Claudette M. Silvera, Chief<br>U.S. Pretrial Services Officer | DOCKET NO.: | CR07-00703 MHP |

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

| | |
|---|---|
| Allen Lew, Supervisor | 415-436-7512 |
| U.S. PRETRIAL SERVICES OFFICER | TELEPHONE NUMBER |

RE:   MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)

DATE: April 18, 2008

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____ Presiding District Court Judge _____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☒ Modification(s)

A. **The defendant's Canadian passport may be returned to him on April 18, 2008, for the sole purposes of cashing his checks at Washington Mutual Bank and shall be returned to U.S. Pretrial Services in the District of Oregon on April 18, 2008.**

B.

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

☐ Other Instructions:

_____  4-23-08
JUDICIAL OFFICER MARIA-ELENA JAMES              DATE

Cover Sheet (03/26/08)