1  BARRY J. PORTMAN
   Federal Public Defender
2  ERIC MATTHEW HAIRSTON
   Assistant Federal Public Defender
3  19th Floor Federal Building
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   Telephone: (415) 436-7700
5

6  Counsel for Defendant JOSEPH TANG

7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11
   UNITED STATES OF AMERICA,           )   No.   CR 07-00703 MHP
12                                     )
              Plaintiff,               )
13                                     )   STIPULATION AND [PROPOSED]
        v.                             )   ORDER CONTINUING CHANGE OF
14                                     )   PLEA FROM APRIL 28, 2008 TO MAY 5,
   JOSEPH HOKAI TANG,                  )   2008 AND EXCLUDING TIME FROM THE
15                                     )   SPEEDY TRIAL ACT CALCULATION
              Defendant.               )   UNDER 18 U.S.C. § 3161(h)(8)(A) and (B).
16 _____)

17
        The undersigned parties stipulate as follows:
18
   1.   On April 7, 2008, the parties, including the defendant, appeared before the Court and
19
        requested that the matter be continued to April 28, 2008 at 10:00 a.m. for a change of
20
        plea. The parties, including the defendant, also requested and agreed that time be
21
        excluded under 18 U.S.C. § 3161(h)(8)(A), (B)(i), and (B)(ii).
22
   2.   The parties have agreed in principle that Mr. Tang will enter a plea pursuant to a written
23
        plea agreement. However, given the complexity of coordinating attorney-client
24
        conferences while Mr. Tang pursues his studies in Oregon, counsel for Mr. Tang has
25
        requested an additional week to discuss the terms of the proposed plea agreement with
26

1  Mr. Tang prior to entry of his plea.  The parties agree that a continuance of this matter
2  from April 28, 2008 to May 5, 2008 is appropriate under the circumstances set forth
3  above.
4  3.  At the April 7, 2008 appearance in this matter, the parties agreed in open court that an
5  exclusion of time from April 7, 2008 to April 28, 2008 is appropriate under the Speedy
6  Trial Act, 18 U.S.C. § 3161(h)(8)(A), (B)(i) and (B)(ii).  The parties hereby agree that a
7  further exclusion of time to May 5, 2008 is appropriate.  The parties agree that the fact-
8  intensive nature of this case and the complexity of coordinating attorney-client
9  conferences while Mr. Tang pursues his studies in Oregon justifies additional time for
10  effective preparation on the part of his counsel, taking into account the exercise of due
11  diligence.
12  4.  Thus, the parties agree that the failure to grant a continuance would unreasonable deny
13  counsel for the defense the reasonable time necessary for effective preparation, taking
14  into account the exercise of due diligence, and failure to grant such a continuance would
15  result in a miscarriage of justice.  <u>See</u> 18 U.S.C. § 3161(h)(8)(B)(i) and (iv).  Finally, the
16  parties agree that the ends of justice served by excluding the period from April 7, 2008 to
17  May 5, 2008, outweigh the best interest of the public and the defendant in a speedy trial.
18  <u>See</u> 18 U.S.C. § 3161(h)(A).
19
20  **IT IS SO STIPULATED.**
21
22  DATED: April 23, 2008                                    _____/s/_____
                                                             CHRISTINA HUA
23                                                           Assistant United States Attorney
24
25  DATED: April 23, 2008                                    _____/s/_____
                                                             ERIC MATTHEW HAIRSTON
26                                                           Assistant Federal Public Defender

United States v. Joseph Tang, No. CR 07-00703 MHP
Stipulation and Order Continuing Change of Plea

2

**[PROPOSED] ORDER**

For the foregoing reasons, with the agreement of the parties, and with the consent of the defendant, the Court enters this order continuing the change of plea in this matter from April 28, 2008 to May 5, 2008 and excluding time from April 7, 2008 to May 5, 2008 under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), (B)(i) and (B)(ii), as the ends of justice outweigh the interest of the public and the Defendant in a speedy trial.

**IT IS SO ORDERED.**

DATED:_____            _____
                                                                       THE HON. MARILYN HALL PATEL
                                                                            United States District Judge

United States v. Joseph Tang, No. CR 07-00703 MHP
Stipulation and Order Continuing Change of Plea

3