UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL PRETRIAL MINUTES

Date: May 5, 2008

Case No.   CR 07-0703 MHP          Judge:   MARILYN H. PATEL

Title:   UNITED STATES -v- JOSEPH TANG (b)

Attorneys:   Plf: Tina Hua
             Dft: Eric Hairston

Deputy Clerk: Anthony Bowser   Court Reporter: Debra Pas

### PROCEEDINGS

1) Change of Plea Hearing

2) 

3) 

### ORDERED AFTER HEARING:

Defendant present in court; Defendant advised of rights and charges and waives further hearing and/or trial; Defendant enters a guilt plea as to counts 1 thru 10, as charged in the indictment;

Matter referred to USPO for Presentence Report;

Judgment & Sentencing set for 8/4/2008 at 9:00 am;