BARRY J. PORTMAN
Federal Public Defender
ERIC MATTHEW HAIRSTON
Assistant Federal Public Defender
19th Floor Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant
JOSEPH TANG

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOSEPH HOKAI TANG, ) <br> ) <br> Defendant. ) | No.  CR 07-00703 MHP <br><br> [PROPOSED] ORDER AND STIPULATION PERMITTING OUT-OF-DISTRICT TRAVEL |

The undersigned parties hereby stipulate that defendant Joseph Tang may travel by plane from San Francisco, California to Milwaukee, Wisconsin between the dates of July 12, 2008 and July 22, 2008, for purposes of visiting his girlfriend's grandmother. U.S. Pretrial Services is aware of and has authorized such travel. This stipulation should not be interpreted to permit other travel or further destinations beyond that contemplated above.

IT IS SO STIPULATED.

DATED: July 11, 2008                                /s/
                                                                 _____
                                                                 CHRISTINA HUA
                                                                 Assistant United States Attorney

United States v. Joseph Tang, No. CR 07-00703 MHP
Stipulation and Order Permitting Travel

1

DATED: July 11, 2008                                       /s/
                                                    _____
                                                    ERIC MATTHEW HAIRSTON
                                                    Attorney for Defendant

### [PROPOSED] ORDER

With the agreement of Pretrial Services and the government, defendant Joseph Tang is hereby permitted to travel by plane from San Francisco, California to Milwaukee, Wisconsin between the dates of July 12, 2008 and July 22, 2008, for purposes of visiting his girlfriend's grandmother. This Order should not be interpreted to permit other travel or further destinations beyond that contemplated above.

**IT IS SO ORDERED.**

DATED:_____                             _____
                                                    THE HON. JAMES LARSON
                                                    United States Magistrate Judge

United States v. Joseph Tang, No. CR 07-00703 MHP
Stipulation and Order Permitting Travel

2