1  BARRY J. PORTMAN
   Federal Public Defender
2  ERIC MATTHEW HAIRSTON
   Assistant Federal Public Defender
3  19th Floor Federal Building
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   Telephone: (415) 436-7700
5
   Counsel for Defendant
6  JOSEPH TANG

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,   )   No.   CR 07-00703 MHP
                                 )
12 |         Plaintiff,           )
                                 )   [PROPOSED] ORDER AND
13 |    v.                        )   STIPULATION PERMITTING OUT-OF-
                                 )   DISTRICT TRAVEL
14 | JOSEPH HOKAI TANG,           )
                                 )
15 |         Defendant.           )
   |_____)

16

17      The undersigned parties hereby stipulate that defendant Joseph Tang may travel by plane

18 from San Francisco, California to Milwaukee, Wisconsin between the dates of July 12, 2008 and

19 July 22, 2008, for purposes of visiting his girlfriend's grandmother. U.S. Pretrial Services is

20 aware of and has authorized such travel. This stipulation should not be interpreted to permit

21 other travel or further destinations beyond that contemplated above.

22

23      IT IS SO STIPULATED.

24

25 DATED: July 11, 2008                            /s/_____
                                                   CHRISTINA HUA
26                                                 Assistant United States Attorney

United States v. Joseph Tang, No. CR 07-00703 MHP
Stipulation and Order Permitting Travel
                                          1

DATED: July 11, 2008                                    /s/
                                                        ERIC MATTHEW HAIRSTON
                                                        Attorney for Defendant

## [PROPOSED] ORDER

With the agreement of Pretrial Services and the government, defendant Joseph Tang is hereby permitted to travel by plane from San Francisco, California to Milwaukee, Wisconsin between the dates of July 12, 2008 and July 22, 2008, for purposes of visiting his girlfriend's grandmother. This Order should not be interpreted to permit other travel or further destinations beyond that contemplated above.

**IT IS SO ORDERED.**

DATED: July 11, 2008

IT IS SO ORDERED
Judge James Larson

United States v. Joseph Tang, No. CR 07-00703 MHP
Stipulation and Order Permitting Travel

2