# United States District Court

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

1
2
3
4
5 | **UNITED STATES OF AMERICA** )
6 |                  vs.                    )        **Docket Number: CR 07-0703-01 MHP**
7 |        **Joseph Hokai Tang**        )
8
9
10
11 | **ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE**
12
13
14 |        ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby
15 | ordered that the judgment and sentence originally set for _____ August 4, 2008 _____
16 | be continued until _____ September 22, 2008 _____ at _____ 10:00 a.m. _____ .
17
18
19
20
21
22 | Date: ___8/1/08___
23 |                                              Marilyn Hall Patel
24 |                                              United States District Judge
25
26
27
28

NDC-PSR-009 12/06/04