1  BARRY J. PORTMAN
   Federal Public Defender
2  ERIC MATTHEW HAIRSTON
   Assistant Federal Public Defender
3  19th Floor Federal Building
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   Telephone: (415) 436-7700
5
   Counsel for Defendant
6  JOSEPH TANG

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )    No.    CR 07-00703 MHP
                                     )
12              Plaintiff,           )
                                     )    [PROPOSED] ORDER AND
13      v.                           )    STIPULATION CONTINUING
                                     )    SENTENCING HEARING FROM
14  JOSEPH HOKAI TANG,               )    SEPTEMBER 22, 2008 TO OCTOBER 20,
                                     )    2008
15              Defendant.           )
                                     )
16  _____)

17      The undersigned parties stipulate as follows:

18  1.    Sentencing of the defendant in this matter is currently scheduled for September 22, 2008.

19  2.    Undersigned counsel for the defendant, Eric Matthew Hairston, expects that his final day

20        as an Assistant Federal Public Defender will be this Friday, August 22, 2008.  Mr.

21        Hairston anticipates that he will return to the firm of Orrick, Herrington & Sutcliffe

22        beginning on September 15, 2008.

23  3.    Due to the relative complexity of this case, Mr. Tang and undersigned counsel are in

24        agreement that continuity of counsel will minimize delays in his sentencing.  Mr.

25        Hairston anticipates that he will continue to represent Mr. Tang through sentencing from

26        his position at Orrick.  However, given Mr. Hairston's three-week lapse in employment,

United States v. Joseph Tang, No. CR 07-00703 MHP
Stipulation and Order Continuing Sentencing
                                        1

1   the parties are in agreement that a short continuance is appropriate to permit him to

2   respond to the draft pre-sentence report and prepare a sentencing memorandum on behalf

3   of Mr. Tang upon returning to employment.

4   4.   Undersigned counsel has discussed the requested sentencing date of October 20, 2008

5   with U.S. Probation Officer Sheila Johns, as Mr. Tang's assigned officer Cheryl Simone

6   is out of the office this week.  Ms. Johns has approved the continuance in her capacity as

7   Ms. Simone's supervising officer.

8   5.   Thus, the parties agree and stipulate to continue sentencing of the defendant in this matter

9   from September 22, 2008 to October 20, 2008.  The parties agree that this continuance is

10  warranted to ensure effective preparation and continuity of counsel as well as to avoid the

11  unnecessary delay that would result if Mr. Tang were required to obtain new counsel.

12

13      **IT IS SO STIPULATED**.

14

15

16  DATED: August 18, 2008                    _____/s/_____
                                              CHRISTINA HUA
17                                            Assistant United States Attorney

18

19  DATED: August 18, 2008                    _____/s/_____
                                              ERIC MATTHEW HAIRSTON
20                                            Attorney for Defendant
    ///
21  ///
    ///
22  ///
    ///
23  ///
    ///
24  ///
    ///
25  ///

26
    United States v. Joseph Tang, No. CR 07-00703 MHP
    Stipulation and Order Continuing Sentencing
                                    2

1

**[PROPOSED] ORDER**

2          For the foregoing reasons, with the agreement of the parties, and with the consent of the

3   defendant, the Court enters this order continuing the sentencing in this matter from September

4   22, 2008 to October 20, 2008 at 9:00 a.m.

5          **IT IS SO ORDERED.**

6

7

8   DATED:_____          _____
                                            THE HON. MARILYN HALL PATEL
9                                               United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

United States v. Joseph Tang, No. CR 07-00703 MHP
Stipulation and Order Continuing Sentencing
                                    3