IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>JOSEPH TANG,<br><br>    Defendant. | No. CR 07-0703 MHP<br><br>**ORDER OF REMAND** |

    The defendant having been sentenced to thirty-seven months as to counts one through ten on October 20, 2008, is hereby REMANDED to the custody of the United States Marshal forthwith.

**IT IS SO ORDERED.**

Dated: October 20, 2008

    MARILYN HALL PATEL,
    UNITED STATES DISTRICT JUDGE

C:\Documents and Settings\usdc\Local Settings\Temp\notes56FD74\CR703Tang.wpd